UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| PAUL E. STEWART | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:13-0063 |
| | ) | Judge Sharp |
| W.B. MELTON and SHANNON HARVEY, | ) | |
| Defendants. | ) | |

## ORDER

Magistrate Judge Knowles has entered a Report and Recommendation ("R & R") (Docket No. 34), recommending that Defendants' unopposed Motion for Summary Judgment (Docket No. 25) be granted. No objections have been filed to the R & R.

Having conducted a *de novo* review of the record in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly,

(1) The R & R (Docket No. 34) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion for Summary Judgment (Docket No. 25) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE